**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Douglas A. Phillips,<br>   aka Doug A. Phillips<br>                 & <br>   Barbara J. Phillips,<br>   aka Barbara Jean Phillips,<br>   aka Barbara J. Elias,<br>   fdba Chair Covers by Barbara<br><br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-23784 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          jwarmbrodt@kmllawgroup.com
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: (215)-627-1322


                                          Attorney for Movant/Applicant