IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas A. Phillips | ) | Case No. 17-23784 GLT |
| Barbara J. Phillips, | ) | Chapter 13 |
| *Debtors* | ) | Related to Document No. 23 |
| | ) | |
| Douglas A. Phillips, | ) | |
| Social Security No. XXX-XX- 0656 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| International Paper and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 3, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

International Paper Employee Service Center
Attn: Payroll Dept.
PO Box 64073
The Woodlands, TX 77387-4073

Date of Service:    October 3, 2017    /s/ Christopher M. Frye
    Christopher M. Frye, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    chris.frye@steidl-steinberg.com