**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−23784−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas A. Phillips<br>aka Doug A. Phillips<br>659 E. Beau Street<br>Washington, PA 15301 | Barbara J. Phillips<br>aka Barbara Jean Phillips, aka Barbara J.<br>Elias, fdba Chair Covers by Barbara<br>659 E. Beau Street<br>Washington, PA 15301 |

Social Security No.:
xxx−xx−0656     xxx−xx−8222

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| December 4, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | December 4, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/26/17                                                BY THE COURT

                                                              Gregory L. Taddonio
                                                              Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Douglas A. Phillips
Barbara J. Phillips
   Debtors

Case No. 17-23784-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy               Page 1 of 2                Date Rcvd: Oct 26, 2017
                              Form ID: rsc13           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb         +Douglas A. Phillips,    Barbara J. Phillips,    659 E. Beau Street,    Washington, PA 15301-6653
14696370      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
14696371       +Chase Card Member Services,    PO Box 1423,    El Paso, TX 79948-1423
14696372        Chase Slate Card Member Services,    PO Box 1423,    Charlotte, NC 28201-1423
14696373        Citi Card,    PO Box 9001037,    Louisville, KY 40290-1037
14696374       +Citi Card Member Services,    PO Box 183113,    Columbus, OH 43218-3113
14696375        Citi Diamond Card Member Services,    PO Box 9001037,    Louisville, KY 40290-1037
14696376       +Citi Simplicity Card Member Services,    PO BOx 9001037,    Louisville, KY 40290-1037
14696378       +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14696377       +Citizens Bank,    P. O. Box 42113,    Providence, RI 02940-2113
14701316       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14696382       +Dollar Bank,    Po Box 555,    Pittsburgh, PA 15230-0555
14709090       +Dollar Bank,    PO Box 3969,    Pittsburgh PA 15230-3969
14696383        Dollar Bank,    340 Fourth Avenue,    Jefferson, MA 01522-2000
14696384       +Dollar Bank Card Services,    PO Box 765,    Pittsburgh, PA 15230-0765
14696385       +Elliott Federal Credit Union,    920 N 4th St,    Jeannette, PA 15644-1499
14696387        Emergency Care Pharmacy,    PO Box 37716,    Philadelphia, PA 19101-5016
14696388       +First Bankcard,    c/o First National Bank of Omaha,    PO Box 2340,    Omaha, NE 68103-2340
14704736       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14696389       +Home Depot Credit Service/CBNA,    PO Box 790328,    Saint Louis, MO 63179-0328
14696393        JP Morgan Chase Bank,    PO Box 78420,    Phoenix, AZ 85062-8420
14696398        Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14696400        Sears/CBNA,    PO BOx 9001055,    Louisville, KY 40290-1055
14696401        Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
14696402       +The Home Depot Credit Services,    c/o CBNA/THD,    PO Box 790328,    Saint Louis, MO 63179-0328
14696406       +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14696407       +Wells Fargo Financial Bank,    PO Box 14453,    Des Moines, IA 50306-3453
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2017 01:53:03      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14696390        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:53:38      Honda Financial Services,
                 P.O. Box 7829,    Philadelphia, PA 19101
14699356        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:53:38
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14696369        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:09      Amazon/Syncb,    PO Box 960013,
                 Orlando, FL 32896-0013
14696379        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:44      Dick’s Sporting Goods,
                 c/o Synchrony Bank/ROS,    PO BOx 530916,    Atlanta, GA 30353-0916
14700971        E-mail/Text: mrdiscen@discover.com Oct 27 2017 01:52:10      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
14696380        E-mail/Text: mrdiscen@discover.com Oct 27 2017 01:52:10      Discover Financial Services,
                 PO Box 6103,    Carol Stream, IL 60197-6103
14696392        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:44      JCP/Synchrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
14696394        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 27 2017 01:52:22      Kohl’s/Cap One,
                 PO Box 2983,    Milwaukee, WI 53201-2983
14696396        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:44      Lowe’s/Synchrony Bank,
                 PO Box 965004,    Orlando, FL 32896-5004
14697110       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 02:07:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14696399        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:24      Sam’s Club MC / SYNCB,
                 PO Box 960013,    Orlando, FL 32896-0013
14696403       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:09      Toys R US/SYNCB,    PO Box 530938,
                 Atlanta, GA 30353-0938
14696404       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:24      Walmart CC/Syncb,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14696391*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   Honda Financial Services,    1220 Old Alpharetta Road, Suite 350,
                 Alpharetta, GA 30005)
14696381*       Discover Financial Services,    PO Box 6103,    Carol Stream, IL 60197-6103
14696386*      +Elliott Federal Credit Union,    920 N 4th St,    Jeannette, PA 15644-1499
14696395*       Kohl’s/Cap One,    PO Box 2983,    Milwaukee, WI 53201-2983
14696397*       Lowe’s/Synchrony Bank,    PO Box 965004,    Orlando, FL 32896-5004
14696405*       Walmart CC/Syncb,    PO Box 530927,    Atlanta, GA 30353-0927
```

```
District/off: 0315-2          User: culy                 Page 2 of 2            Date Rcvd: Oct 26, 2017
                              Form ID: rsc13             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 1, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Barbara J. Phillips
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Christopher M. Frye    on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5