**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas A. Phillips | ) | Case No. 17-23784 GLT |
| aka Doug A. Phillips | ) | Chapter 13 |
| Barbara J. Phillips, | ) | Docket No. |
| aka Barbara Jean Phillips | ) | |
| aka Barbara J. Elias | ) | |
| fdba Chair Covers by Barbara, | ) | |
| | ) | |
| | ) | |
| Douglas A. Phillips | ) | |
| aka Doug A. Phillips | ) | |
| Barbara J. Phillips, | ) | |
| aka Barbara Jean Phillips | ) | |
| aka Barbara J. Elias | ) | |
| fdba Chair Covers by Barbara, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Comenity Bank/Overstock, | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Comenity Bank/Overstock
PO Box 183003
Columbus, OH 43218-0000

By:

January 9, 2018                             /s/ Christopher M. Frye
DATE                                        Christopher M. Frye, Esquire
                                            Attorney for the Debtor(s)

                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            chris.frye@steidl-steinberg.com
                                            PA I.D. No. 208402