IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas A. Phillips | ) | Case No. 17-23784 GLT |
| aka Doug A. Phillips | ) | Chapter 13 |
| Barbara J. Phillips, | ) | Related Docket No. 39 |
| aka Barbara Jean Phillips | ) | |
| aka Barbara J. Elias | ) | |
| fdba Chair Covers by Barbara, | ) | |
|     Debtor(s) | ) | |
| | ) | |
| Douglas A. Phillips | ) | |
| aka Doug A. Phillips | ) | |
| Barbara J. Phillips, | ) | |
| aka Barbara Jean Phillips | ) | |
| aka Barbara J. Elias | ) | |
| fdba Chair Covers by Barbara, | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| | ) | |
| Comenity Bank/Overstock, | ) | |
| Ronda J. Winnecour, Chapter Trustee, | ) | |
| U.S. Trustee, | ) | |
|     No Respondent(s) | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULES AND C AND F

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 11, 2018

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:


Comenity Bank/Overstock
PO Box 183003
Columbus, OH 43218-0000

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

|  |  |
|---|---|
|  | Respectfully submitted, |
| January 11, 2018 | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
|  | Attorney for the Debtor(s) |

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402