**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Bankruptcy Case No.: 17–23784–GLT
                                                                 Related Dkt. No. 41
                                                                 Chapter: 13
                                                                 Docket No.: 45 – 41
                                                                 Conciliation Conference Date: 3/29/18 at 02:00 PM

**Douglas A. Phillips**
**aka Doug A. Phillips**
       Debtor(s)

Barbara J. Phillips
aka Barbara Jean Phillips, aka Barbara J. Elias, fdba Chair Covers by Barbara

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___16th___ day of ___January___, __2018__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

      First Class Mail

on the respondent(s) at (list names and addresses here):

      See Attached Mailing Matrix

Executed on ___January 15, 2018___          ___/s/ Todd Thomas___
                   (Date)                                      (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23784-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jan 16 08:47:00 EST 2018 | Amazon/Syncb<br>PO Box 960013<br>Orlando, FL 32896-0013 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Chase Card Member Services<br>PO Box 1423<br>El Paso, TX 79948-1423 | Chase Slate Card Member Services<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Citi Card<br>PO Box 9001037<br>Louisville, KY 40290-1037 |
| Citi Card Member Services<br>PO Box 183113<br>Columbus, OH 43218-3113 | Citi Diamond Card Member Services<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Citi Simplicity Card Member Services<br>PO BOx 9001037<br>Louisville, KY 40290-1037 |
| Citizens Bank<br>One Citizens Plaza<br>Providence, RI 02903-1339 | Citizens Bank<br>P. O. Box 42113<br>Providence, RI 02940-2113 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3019 |
| Comenity Bank/Overstock<br>PO Box 183003<br>Columbus, OH 43218-3003 | Dick's Sporting Goods<br>c/o Synchrony Bank/ROS<br>PO BOx 530916<br>Atlanta, GA 30353-0916 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany Ohio 43054-3025 | Discover Financial Services<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Dollar Bank<br>340 Fourth Avenue<br>Jefferson, MA 01522-2000 |
| Dollar Bank<br>PO Box 3969<br>Pittsburgh PA 15230-3969 | Dollar Bank<br>Po Box 555<br>Pittsburgh, PA 15230-0555 | Dollar Bank Card Services<br>PO Box 765<br>Pittsburgh, PA 15230-0765 |
| Elliott Federal Credit Union<br>920 N 4th St<br>Jeannette, PA 15644-1499 | Emergency Care Pharmacy<br>PO Box 37716<br>Philadelphia, PA 19101-5016 | First Bankcard<br>c/o First National Bank of Omaha<br>PO Box 2340<br>Omaha, NE 68103-2340 |
| First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Home Depot Credit Service/CBNA<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |

| | | |
|---|---|---|
| JCP/Synchrony Bank<br>PO Box 960090<br>Orlando, FL 32896-0090 | JP Morgan Chase Bank<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | JPMorgan Chase Bank, NA<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Kohl's/Cap One<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lowe's/Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Paypal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Barbara J. Phillips<br>659 E. Beau Street<br>Washington, PA 15301-6653 | Douglas A. Phillips<br>659 E. Beau Street<br>Washington, PA 15301-6653 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sam's Club MC / SYNCB<br>PO Box 960013<br>Orlando, FL 32896-0013 | Sears/CBNA<br>PO BOx 9001055<br>Louisville, KY 40290-1055 |
| TD BANK USA, N.A.<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 | Target Card Services<br>PO Box 660170<br>Dallas, TX 75266-0170 | The Home Depot Credit Services<br>c/o CBNA/THD<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |
| Toys R US/SYNCB<br>PO Box 530938<br>Atlanta, GA 30353-0938 | Walmart CC/Syncb<br>PO Box 530927<br>Atlanta, GA 30353-0927 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Washington Hospital<br>155 Wilson Avenue<br>Washington, PA 15301-3398 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Financial Bank<br>PO Box 14453<br>Des Moines, IA 50306-3453 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

   The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
   by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation      Bank of America                         (d)Honda Financial Services
National Bankruptcy Center              PO Box 982238                           1220 Old Alpharetta Road, Suite 350
P.O. Box 168088                         El Paso, TX 79998-2238                  Alpharetta, GA 30005
Irving, TX 75016-8088


(d)Honda Financial Services             Portfolio Recovery Associates, LLC
P.O. Box 7829                           POB 12914
Philadelphia, PA 19101                  Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMorgan Chase Bank, National Association    (d)PRA Receivables Management, LLC      End of Label Matrix
                                                PO Box 41021                            Mailable recipients    54
                                                Norfolk, VA 23541-1021                  Bypassed recipients     2
                                                                                        Total                  56
```