FILED
1/25/18 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Douglas A. Phillips                            :       Case No. 17-23784GLT
Barbara J. Phillips                            :       Chapter 13
    Debtor(s)                          :
Ronda J. Winnecour, Trustee                    :
                                               :       Related to Document # 36 and 50
    Movant(s)                          :
                                               :
vs.                                            :
Douglas A. Phillips                            :
Barbara J. Phillips                            :       Hearing Date
    Respondent(s)

## ORDER OF COURT

AND NOW, this __25th__ day of __January__, 20_18_, upon consideration of the foregoing OBJECTION OF CHAPTER 13 TRUSTEE TO CLAIM OF EXEMPTIONS, and the response [Dkt.No 50] thereto, it is hereby

ORDERED that the Objection to Debtors' Claim of Exemptions is **DENIED AS MOOT** based on the amended schedules filed by the Debtors on January 9, 2018 at Document Number 39. To the extent any party objects to the amended exemptions, then pursuant to Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, they shall file an objection on or before February 8, 2018.

BY THE COURT:

Dated: 1/25/18

cm: Owen Katz, Esq.                                    _____
Christopher Frye, Esq.                                 GREGORY L. TADDONIO
                                                       UNITED STATES BANKRUPCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                           Case No. 17-23784-GLT
Douglas A. Phillips                                              Chapter 13
Barbara J. Phillips
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                  Page 1 of 1              Date Rcvd: Jan 25, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db/jdb         +Douglas A. Phillips,    Barbara J. Phillips,    659 E. Beau Street,    Washington, PA 15301-6653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Barbara J. Phillips
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Christopher M. Frye    on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5