# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 17-23784-GLT |
| ) | |
| Douglas A. Phillips a/k/a Doug Phillips & ) | CHAPTER 13 |
| Barbara J. Phillips a/k/a Barbara Jean ) | |
| Phillips a/k/a Barbara J. Elias f/d/b/a Chair ) | MOTION NO.: |
| Covers by Barbara, ) | |
| ) | |
| Debtor(s). ) | |
| ) | |
| Dollar Bank, FSB, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Douglas A. Phillips a/k/a Doug Phillips & ) | |
| Barbara J. Phillips a/k/a Barbara Jean ) | |
| Phillips a/k/a Barbara J. Elias f/d/b/a Chair ) | |
| Covers by Barbara, Debtors; and Ronda J. ) | |
| Winnecour, Trustee; ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF DOLLAR BANK, FSB TO ALLOW A LATE PROOF OF CLAIM

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than February 26, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on March 28, 2018, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.

    If there is an issue of fact, an evidentiary hearing will be scheduled at a later date of the Court. An order granting relief may be entered and the hearing may not be held if you do not timely file and serve a written report.

        Respectfully submitted,

        GRENEN & BIRSIC, P.C.

Dated:  2/9/18            By:    /s/ David W. Raphael
        David W. Raphael, Esquire
        PA ID No. 200598
        Attorney for Dollar Bank, FSB
        One Gateway Center, 9th Floor
        Pittsburgh, PA  15222
        412-281-7650
        E-mail:  draphael@grenenbirsic.com