Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Douglas A. Phillips
aka Doug A. Phillips
Barbara J. Phillips
aka Barbara Jean Phillips, aka Barbara J. Elias, fdba Chair Covers by Barbara**
   Debtor(s)

Bankruptcy Case No.: 17–23784–GLT
Chapter: 13
Related to Document No.: 41
Concil. Conf.: May 24, 2018 at 02:00 PM

## ORDER

      On March 29, 2018, a Conciliation Conference was conducted on thePlan Dated 1/10/2018, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 3rd of April, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before 4/30/2018,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

      (2)  **On or before 5/15/2018,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

      (3)  **On May 24, 2018 at 02:00 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)

Dated: April 3, 2018

cm: Debtor
    Counsel For Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Douglas A. Phillips
Barbara J. Phillips
    Debtors

Case No. 17-23784-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 1    Date Rcvd: Apr 03, 2018
                           Form ID: 005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
db/jdb        +Douglas A. Phillips,    Barbara J. Phillips,    659 E. Beau Street,    Washington, PA 15301-6653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
          Christopher M. Frye   on behalf of Joint Debtor Barbara J. Phillips
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye   on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          David W. Raphael   on behalf of Creditor   Dollar Bank, FSB draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James Warmbrodt   on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 6