**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/17/2020

IN RE:

DOUGLAS A. PHILLIPS
BARBARA J. PHILLIPS
659 E. BEAU STREET
WASHINGTON, PA 15301
XXX-XX-0656         Debtor(s)

XXX-XX-8222

Case No. 17-23784 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/17/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2809 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS BANK NA(\*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number: 3   INT %: 5.92%<br>Court Claim Number: 4<br>CLAIM: 7,416.32<br>COMMENT: $/CL-PL@5.92%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2148 |
| **DOLLAR BANK FSB(\*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br>PITTSBURGH, PA  15230 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL\*519.01x(60+2)=LMT\*NO ARRS/PL-CL\*TIMELY/OE | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 5604 |
| **AMERICAN HONDA FINANCE CORP\***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL\*502.65x(60+2)=LMT\*HONDA FNCL SVCS/SCH\*W/40 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3031 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-CL-PL\*1350/PL\*DK4PMT-LMT\*BGN 10/17\*FR JPMORGAN-DOC 79 | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 1962 |
| **COURT OF COMMON PLEAS - ALLEGHENY COUNTY**<br>FIFTH JUDICIAL DISTRICT OF PA<br>440 ROSS ST 5TH FL ADMIN WING<br>PITTSBURGH, PA  15219-2117 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO DSO/CONF OE\*NT PROV/PL\*NO$\*PENELOPE PHILLIPS | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 5,873.82<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1123 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 2,032.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4442 |
| **CHASE(\*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2523 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1320 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 3,969.44<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7958 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0232 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4290 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2420 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 255.19<br>COMMENT: 6980/SCH*SYNCHRONY/DICK'S SPORTING GOODS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6986 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 7,891.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6361 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 1,409.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3898 |
| **DOLLAR BANK FSB(*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 10,122.60<br>COMMENT: STMT THRU 10/1/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8729 |
| **ELLIOTT FEDERAL CREDIT UNION**<br>AKA ELLIOTT EMPLOYEES #1 FCU<br>920 N 4TH ST<br><br>JEANNETTE, PA 15644 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 6,161.10<br>COMMENT: 3040 AND 3920/SCH*LOAN BGN 1/19/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8222 |

| Creditor | Trustee Claim | Court Claim | Claim Amount | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| ELLIOTT FEDERAL CREDIT UNION<br>AKA ELLIOTT EMPLOYEES #1 FCU<br>920 N 4TH ST<br>JEANNETTE, PA 15644 | 21 | | 0.00 | COMB@CID 20 | UNSECURED CREDITOR | 3920 |
| EMERGENCY CARE PHARMACY<br>PO BOX 37716<br>PHILADELPHIA, PA 19101-5016 | 22 | | 0.00 | | UNSECURED CREDITOR | 0094 |
| FIRST NATIONAL BANK OF OMAHA(*)<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | 23 | 5 | 1,913.64 | 8535/SCH | UNSECURED CREDITOR | 2303 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 24 | 17 | 998.82 | CITIBANK/HOME DEPOT | UNSECURED CREDITOR | 6417 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 25 | 25 | 585.57 | 1848/SCH*SYNCHRONY/JCP | UNSECURED CREDITOR | 2311 |
| CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 26 | 10 | 2,226.79 | KOHL'S | UNSECURED CREDITOR | 0805 |
| CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 27 | 7 | 936.66 | KOHL'S | UNSECURED CREDITOR | 1713 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 28 | 24 | 12,578.02 | SYNCHRONY/LOWE'S | UNSECURED CREDITOR | 9980 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 29 | 21 | 871.83 | SYNCHRONY/LOWE'S | UNSECURED CREDITOR | 8462 |
| PAYPAL CREDIT++<br>PO BOX 105658<br>ATLANTA, GA 30348-5658 | 30 | | 0.00 | | UNSECURED CREDITOR | 0186 |

All Trustee Claims shown have INT %: 0.00%

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:26<br>CLAIM: 1,264.17<br>COMMENT: 4610/SCH*SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4617 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 1,330.06<br>COMMENT: SEARS/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6802 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,534.29<br>COMMENT: 0528~TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5278 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 5,478.92<br>COMMENT: CITIBANK/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6579 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 2,030.15<br>COMMENT: SYNCHRONY/TOYS R US | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8108 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 3,551.40<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5291 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY  10087-9262 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 196.33<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6811 |
| **WASHINGTON HOSPITAL**<br>155 WILSON AVENUE<br>WASHINGTON, PA  15301 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM: 4,110.31<br>COMMENT: AVD/OE*UNS/SCH-PL*0%/CL FACE*AMD*W/45 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3582 |
| **AMERICAN HONDA FINANCE CORP\***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 451.20<br>COMMENT: $/CL-PL*ARRS*HONDA FNCL/SCH*W/5 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3031 |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 27.80<br>COMMENT: $/CL-PL*THRU 9/17*FR JMORGAN-DOC 79 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1962 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 336.80<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0072 |
| **DSO Receipient** | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N ID 245590 | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH*/AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3350 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 199.27<br>COMMENT: 9181/SCH*AMD*W/39 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3582 |

Case 17-23784-GLT    Doc 85    Filed 06/17/20    Entered 06/17/20 14:05:50    Desc
Page 7 of 7