IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas A. Phillips | ) | Case No. 17-23784 GLT |
| Barbara J. Phillips, | ) | Chapter 13 |
| Debtor(s) | ) | Related to Docket 91 |
| | ) | |
| Douglas A. Phillips, | ) | |
| Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 0656 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| International Paper and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 4, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Douglas A Phillips
659 E. Beau Street
Washington, PA 15301

INTERNATIONAL PAPER EMPLOYEE SERVICE CENTER
PO BOX 64073
THE WOODLANDS TX 77387-4073

Date of Service: November 4, 2020

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402