IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Douglas A. Phillips ) | Case No. 17-23784 GLT |
| Barbara J. Phillips, ) | Chapter 13 |
| Debtor(s) ) | Related to Docket 92 |
| ) | |
| ) | |
| Barbara J. Phillips, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 8222 ) | |
| ) | |
| vs. ) | |
| ) | |
| Waste Management and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 4, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**        Barbara J. Phillips
Suite 3250 – US Steel Tower                                                              659 E. Beau Street
600 Grant Street                                                                                  Washington, PA 15301
Pittsburgh, PA 15219

Waste Management
Attn: Payroll
1001 Fannin Street, Suite 4000
Houston, TX 77002

Date of Service: November 4, 2020            /s/ Christopher M. Frye
                                                                          Christopher M. Frye, Esquire
                                                                          Attorney for the Debtor
                                                                          STEIDL & STEINBERG
                                                                          Suite 2830, Gulf Tower
                                                                          707 Grant Street
                                                                          Pittsburgh, PA 15219
                                                                          (412) 391-8000
                                                                          Chris.frye@steidl-steinberg.com
                                                                          PA I.D. No. 208402