UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/19/22 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DOUGLAS A. PHILLIPS
BARBARA J. PHILLIPS
        Debtor(s)
 Ronda J. Winnecour, Trustee
  Movant
     vs.
  DOUGLAS A. PHILLIPS
BARBARA J. PHILLIPS

      Respondents

Case No.17-23784GLT

Chapter 13

Related to Dkt. No. 107

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 19th day of September 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

International Paper
Attn: Payroll Manager
10 Wilson Rd E Beau St
Washington, PA 15301

is hereby ordered to immediately terminate the attachment of the wages of DOUGLAS A. PHILLIPS, social security number XXX-XX-0656. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DOUGLAS A. PHILLIPS.

BY THE COURT:

_____
GREGORY L. TADDONIO **jah**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23784-GLT |
| Douglas A. Phillips | Chapter 13 |
| Barbara J. Phillips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Douglas A. Phillips, Barbara J. Phillips, 659 E. Beau Street, Washington, PA 15301-6653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Barbara J. Phillips chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12