```
                                                          FILED
                                                          10/31/22 1:56 pm
                                                          CLERK
         IN THE UNITED STATES BANKRUPTCY COURT FOR        U.S. BANKRUPTCY
           THE WESTERN DISTRICT OF PENNSYLVANIA           COURT - WDPA
```

| | |
|---|---|
| In Re: ) | |
| Douglas A. Phillips ) | Case No. 17-23784 GLT |
| Barbara J. Phillips ) | |
|     Debtors ) | Chapter 13 |
| ) | |
| Steidl and Steinberg, P.C. ) | Related to Dkt. No. 111 |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Amazon/Synchrony/JC Penney/Sam's Club/ ) | |
| Toys R Us, American Honda Finance, Bank of America, ) | |
| Capital One, Chase Card Services, JP Morgan Chase, ) | |
| Citi Card, Citizens Bank, Comenity Bank/Overstock, ) | |
| Dick's Sporting Goods, DirecTv, Discover Bank, ) | |
| Discover Financial Services, Dollar Bank, Elliot FCU, ) | |
| Emergency Care Pharmacy, First National Bank of ) | |
| Omaha, Home Depot Credit Services, Kohl's, LVNV ) | |
| Funding, Lowe's, NationStar Mortgage, PRA ) | |
| Receivables Management, Paypal, PA Dept. of ) | |
| Revenue, Portfolio Recovery Assoc., Quantum3 Group, ) | |
| Sears/CCBNA, TD Bank USA, Target, Walmart, ) | |
| Washington Hospital, Wells Fargo Bank, eCAST ) | |
| Settlement Corp. ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this 31st day of October 2022, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $6,005.00 for work performed in the Chapter 13 case by Debtors' counsel from July 7, 2017, to October 5, 2022.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $10,005.00, with the total to be paid through the Plan by the Trustee being up to $9,405.00 (representing the $3,400.00 previously approved to be paid (as set forth above), an additional $1,000.00 that was approved as part of the Amended Chapter 13 Plan dated April 19, 2018, (at Doc. 66) which was confirmed on May 29, 2018, (at Doc. 70), and a remaining amount up to $5,005.00.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $6,005.00

6. The balance is waived.

Prepared by: _____

**DEFAULT ENTRY**

Dated: <u>October 31, 2022</u>

_____
Gregory L. Taddonio        **jah**
Chief United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23784-GLT |
| Douglas A. Phillips | Chapter 13 |
| Barbara J. Phillips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas A. Phillips, Barbara J. Phillips, 659 E. Beau Street, Washington, PA 15301-6653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Barbara J. Phillips chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12