IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas A. Phillips and | ) | Bankruptcy No. 17-23784 GLT |
| Barbara J. Phillips, | ) | Chapter 13 |
| | ) | Document No. |
| Debtors | ) | |
| | ) | |
| Barbara J. Phillips, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the Movant, Barbara J. Phillips, by and through her attorney, Christopher M. Frye and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. At the time of filing, the Movant had an address of 659 East Beau Street Washington, PA 15301.

2. The Movant has since moved and her new address is 210 Maryland Avenue, Greensburg, PA 15601.

WHEREFORE, the Movant, Barbara J. Phillips, respectfully file this Notice of Change of Address.

Respectfully submitted,

November 11, 2022          /s/ Christopher M. Frye
DATE                               Christopher M. Frye, Esquire
                                        Attorney for the Debtors
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        chris.frye@steidl-steinberg.com
                                        PA I.D. No. 208402