Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Douglas A. Phillips** | : | Case No. 17−23784−GLT |
| aka Doug A. Phillips | : | Chapter: 13 |
| **Barbara J. Phillips** | : | |
| aka Barbara Jean Phillips, aka Barbara J. Elias, fdba | : | |
| **Chair Covers by Barbara** | : | |
| *Debtor(s)* | : | |
| | : | Related to Document No. 121 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Hearing Date: 3/8/23 at 11:00 AM |
| | : | |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 27th of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 121 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1)  **On or before February 10, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *March 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

Case 17-23784-GLT    Doc 123    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc
Imaged Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23784-GLT
Douglas A. Phillips  Chapter 13
Barbara J. Phillips
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Dec 27, 2022      Form ID: 604      Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas A. Phillips, 659 E. Beau Street, Washington, PA 15301-6653 |
| jdb | + | Barbara J. Phillips, 210 Maryland Avenue, Greensburg, PA 15601-3957 |
| cr | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| cr | + | U.S. Bank National Association, not in its individ, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14696371 | + | Chase Card Member Services, PO Box 1423, El Paso, TX 79948-1423 |
| 14696374 | + | Citi Card Member Services, PO Box 183113, Columbus, OH 43218-3113 |
| 14696375 | | Citi Diamond Card Member Services, PO Box 9001037, Louisville, KY 40290-1037 |
| 14696376 | + | Citi Simplicity Card Member Services, PO BOx 9001037, Louisville, KY 40290-1037 |
| 14696383 | | Dollar Bank, 340 Fourth Avenue, Jefferson, MA 01522-2000 |
| 14696382 | + | Dollar Bank, Po Box 555, Pittsburgh, PA 15230-0555 |
| 14709090 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14696384 | + | Dollar Bank Card Services, PO Box 765, Pittsburgh, PA 15230-0765 |
| 15209764 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14771661 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14771660 | + | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14696385 | + | Elliott Federal Credit Union, 920 N 4th St, Jeannette, PA 15644-1499 |
| 14696387 | | Emergency Care Pharmacy, PO Box 37716, Philadelphia, PA 19101-5016 |
| 14696406 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |
| 14696407 | + | Wells Fargo Financial Bank, PO Box 14453, Des Moines, IA 50306-3453 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14696391 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2022 02:29:00 | Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14696390 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2022 02:29:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101 |
| 14699356 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2022 02:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14696369 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:25 | Amazon/Syncb, PO Box 960013, Orlando, FL 32896-0013 |
| 14696370 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 28 2022 02:29:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14736666 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 28 2022 02:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14696378 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 02:29:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |

Case 17-23784-GLT   Doc 123   Filed 12/29/22   Entered 12/30/22 00:27:15   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 604 | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| 14696377 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 02:29:00 | Citizens Bank, P. O. Box 42113, Providence, RI 20940-2113 |
| 14701316 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 02:29:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728921 | Email/PDF: bncnotices@becket-lee.com | Dec 28 2022 02:42:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696373 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:21 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14756295 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 02:29:00 | Comenity Bank/Overstock, PO Box 183003, Columbus, OH 43218-3003 |
| 14696379 | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:26 | Dick's Sporting Goods, c/o Synchrony Bank/ROS, PO BOx 530916, Atlanta, GA 30353-0916 |
| 14757416 | Email/Text: G06041@att.com | Dec 28 2022 02:30:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14700971 | Email/Text: mrdiscen@discover.com | Dec 28 2022 02:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14696380 | Email/Text: mrdiscen@discover.com | Dec 28 2022 02:29:00 | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14696388 | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 02:29:00 | First Bankcard, c/o First National Bank of Omaha, PO Box 2340, Omaha, NE 68103 |
| 14704736 | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 02:29:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14696389 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:21 | Home Depot Credit Service/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14696392 | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:36 | JCP/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14696372 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 02:32:24 | Chase Slate Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696393 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 02:32:33 | JP Morgan Chase Bank, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14746712 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 02:32:16 | JPMorgan Chase Bank, NA, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14696394 | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2022 02:29:00 | Kohl's/Cap One, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754981 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 02:32:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696396 | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:35 | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15180568 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14758537 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697110 | + Email/PDF: rmscedi@recoverycorp.com | Dec 28 2022 02:32:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696398 | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:17 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14759449 | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 02:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 604 | Total Noticed: 60 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14696399 | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:26 | Sam's Club MC / SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
| 14696400 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:39 | Sears/CBNA, PO BOx 9001055, Louisville, KY 40290-1055 |
| 14757445 | + Email/Text: bncmail@w-legal.com | Dec 28 2022 02:29:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14696401 | Email/Text: bncmail@w-legal.com | Dec 28 2022 02:29:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14696402 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:30 | The Home Depot Credit Services, c/o CBNA/THD, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14696403 | + Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:26 | Toys R US/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14696404 | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:25 | Walmart CC/Syncb, PO Box 530927, Atlanta, GA 30353-0927 |
| 14731171 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 28 2022 02:32:18 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14761152 | Email/PDF: bncnotices@becket-lee.com | Dec 28 2022 02:42:47 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696381 | * | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14696386 | *+ | Elliott Federal Credit Union, 920 N 4th St, Jeannette, PA 15644-1499 |
| 14696395 | * | Kohl's/Cap One, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14696397 | * | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14696405 | * | Walmart CC/Syncb, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 27, 2022 | Form ID: 604 | Total Noticed: 60 |

Beth L. Slaby
    on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas
    on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Joint Debtor Barbara J. Phillips chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Lorraine Gazzara Doyle
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRU ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13