**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOUGLAS A. PHILLIPS<br>BARBARA J. PHILLIPS<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-23784<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2017 and confirmed on 12/5/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 188,578.70 |
| Less Refunds to Debtor | 1,994.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 186,583.71 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 9,405.00 | |
|   Trustee Fee | 8,439.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,844.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DOLLAR BANK FSB(*) | 0.00 | 31,659.61 | 0.00 | 31,659.61 |
|     Acct: 5604 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 75,012.79 | 0.00 | 75,012.79 |
|     Acct: 1962 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 27.80 | 27.80 | 0.00 | 27.80 |
|     Acct: 1962 | | | | |
|   CITIZENS BANK NA(*) | 7,416.32 | 7,416.32 | 842.19 | 8,258.51 |
|     Acct: 2148 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 30,661.65 | 0.00 | 30,661.65 |
|     Acct: 3031 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 451.20 | 451.20 | 0.00 | 451.20 |
|     Acct: 3031 | | | | |
| | | | | 146,071.56 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS A. PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS A. PHILLIPS | 1,994.99 | 1,994.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 6,005.00 | 6,005.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
|   COURT OF COMMON PLEAS - ALLEGHEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENELOPE PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 5,873.82 | 1,710.13 | 0.00 | 1,710.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1123 | | | | |
| BANK OF AMERICA NA** | 2,032.35 | 591.71 | 0.00 | 591.71 |
| Acct: 4442 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2523 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1320 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,969.44 | 1,155.68 | 0.00 | 1,155.68 |
| Acct: 7958 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0232 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4290 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2420 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 255.19 | 74.30 | 0.00 | 74.30 |
| Acct: 6986 | | | | |
| DISCOVER BANK(*) | 7,891.85 | 2,297.67 | 0.00 | 2,297.67 |
| Acct: 6361 | | | | |
| DISCOVER BANK(*) | 1,409.25 | 410.29 | 0.00 | 410.29 |
| Acct: 3898 | | | | |
| DOLLAR BANK FSB(*) | 10,122.60 | 2,947.14 | 0.00 | 2,947.14 |
| Acct: 8729 | | | | |
| ELLIOTT FEDERAL CREDIT UNION | 6,161.10 | 1,793.77 | 0.00 | 1,793.77 |
| Acct: 8222 | | | | |
| ELLIOTT FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3920 | | | | |
| EMERGENCY CARE PHARMACY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0094 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 1,913.64 | 557.15 | 0.00 | 557.15 |
| Acct: 2303 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 998.82 | 290.80 | 0.00 | 290.80 |
| Acct: 6417 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 585.57 | 170.49 | 0.00 | 170.49 |
| Acct: 2311 | | | | |
| CAPITAL ONE NA** | 2,226.79 | 648.32 | 0.00 | 648.32 |
| Acct: 0805 | | | | |
| CAPITAL ONE NA** | 936.66 | 272.71 | 0.00 | 272.71 |
| Acct: 1713 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 12,578.02 | 3,662.02 | 0.00 | 3,662.02 |
| Acct: 9980 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 871.83 | 253.83 | 0.00 | 253.83 |
| Acct: 8462 | | | | |
| PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0186 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 1,264.17 | 368.05 | 0.00 | 368.05 |
| Acct: 4617 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,330.06 | 387.24 | 0.00 | 387.24 |
| Acct: 6802 | | | | |
| TD BANK USA NA** | 1,534.29 | 446.70 | 0.00 | 446.70 |
| Acct: 5278 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,478.92 | 1,595.16 | 0.00 | 1,595.16 |
| Acct: 6579 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 2,030.15 | 591.07 | 0.00 | 591.07 |
| Acct: 8108 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 3,551.40 | 1,033.97 | 0.00 | 1,033.97 |
| Acct: 5291 | | | | |
| ECAST SETTLEMENT CORP | 196.33 | 57.16 | 0.00 | 57.16 |
| Acct: 6811 | | | | |
| WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0009 | | | | |
|     WELLS FARGO BANK NA | 4,110.31 | 1,196.70 | 0.00 | 1,196.70 |
|     Acct: 3582 | | | | |
|     DIRECTV LLC BY AMERICAN INFOSOURC | 336.80 | 98.06 | 0.00 | 98.06 |
|     Acct: 0072 | | | | |
|     COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3350 | | | | |
|     WELLS FARGO BANK NA | 199.27 | 58.02 | 0.00 | 58.02 |
|     Acct: 3582 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2809 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 22,668.14 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 168,739.70 |

TOTAL CLAIMED
  PRIORITY              0.00
  SECURED         7,895.32
  UNSECURED    77,858.63

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DOUGLAS A. PHILLIPS
    BARBARA J. PHILLIPS
        Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:17-23784

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23784-GLT |
| Douglas A. Phillips | Chapter 13 |
| Barbara J. Phillips | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas A. Phillips, 659 E. Beau Street, Washington, PA 15301-6653 |
| jdb | + | Barbara J. Phillips, 210 Maryland Avenue, Greensburg, PA 15601-3957 |
| cr | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| cr | + | U.S. Bank National Association, not in its individ, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14696371 | + | Chase Card Member Services, PO Box 1423, El Paso, TX 79948-1423 |
| 14696374 | + | Citi Card Member Services, PO Box 183113, Columbus, OH 43218-3113 |
| 14696375 | | Citi Diamond Card Member Services, PO Box 9001037, Louisville, KY 40290-1037 |
| 14696376 | + | Citi Simplicity Card Member Services, PO BOx 9001037, Louisville, KY 40290-1037 |
| 14696383 | | Dollar Bank, 340 Fourth Avenue, Jefferson, MA 01522-2000 |
| 14696382 | + | Dollar Bank, Po Box 555, Pittsburgh, PA 15230-0555 |
| 14709090 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14696384 | + | Dollar Bank Card Services, PO Box 765, Pittsburgh, PA 15230-0765 |
| 15209764 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14771661 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14771660 | + | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14696385 | + | Elliott Federal Credit Union, 920 N 4th St, Jeannette, PA 15644-1499 |
| 14696387 | | Emergency Care Pharmacy, PO Box 37716, Philadelphia, PA 19101-5016 |
| 14696406 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |
| 14696407 | + | Wells Fargo Financial Bank, PO Box 14453, Des Moines, IA 50306-3453 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14696391 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2022 02:29:00 | Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14696390 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2022 02:29:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101 |
| 14699356 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2022 02:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14696369 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:25 | Amazon/Syncb, PO Box 960013, Orlando, FL 32896-0013 |
| 14696370 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 28 2022 02:29:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14736666 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 28 2022 02:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14696378 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 02:29:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |

Case 17-23784-GLT   Doc 124   Filed 12/29/22   Entered 12/30/22 00:27:15   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 60 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14696377 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 02:29:00 | Citizens Bank, P. O. Box 42113, Providence, RI 20940-2113 |
| 14701316 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 02:29:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728921 | | Email/PDF: bncnotices@becket-lee.com | Dec 28 2022 02:42:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696373 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:38 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14756295 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 02:29:00 | Comenity Bank/Overstock, PO Box 183003, Columbus, OH 43218-3003 |
| 14696379 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:34 | Dick's Sporting Goods, c/o Synchrony Bank/ROS, PO BOx 530916, Atlanta, GA 30353-0916 |
| 14757416 | | Email/Text: G06041@att.com | Dec 28 2022 02:30:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14700971 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 02:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14696380 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 02:29:00 | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14696388 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 02:29:00 | First Bankcard, c/o First National Bank of Omaha, PO Box 2340, Omaha, NE 68103 |
| 14704736 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 02:29:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14696389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:21 | Home Depot Credit Service/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14696392 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:35 | JCP/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14696372 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 02:32:33 | Chase Slate Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696393 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 02:32:34 | JP Morgan Chase Bank, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14746712 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 02:32:34 | JPMorgan Chase Bank, NA, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14696394 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2022 02:29:00 | Kohl's/Cap One, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754981 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 02:32:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696396 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:25 | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15180568 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14758537 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697110 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2022 02:32:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696398 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:35 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14759449 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 02:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 17-23784-GLT    Doc 124    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14696399 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:17 | Sam's Club MC / SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
| 14696400 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:30 | Sears/CBNA, PO BOx 9001055, Louisville, KY 40290-1055 |
| 14757445 | + | Email/Text: bncmail@w-legal.com | Dec 28 2022 02:29:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14696401 | | Email/Text: bncmail@w-legal.com | Dec 28 2022 02:29:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14696402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 02:32:21 | The Home Depot Credit Services, c/o CBNA/THD, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14696403 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:18 | Toys R US/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14696404 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:17 | Walmart CC/Syncb, PO Box 530927, Atlanta, GA 30353-0927 |
| 14731171 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 28 2022 02:32:18 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14761152 | | Email/PDF: bncnotices@becket-lee.com | Dec 28 2022 02:42:47 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696381 | * | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14696386 | *+ | Elliott Federal Credit Union, 920 N 4th St, Jeannette, PA 15644-1499 |
| 14696395 | * | Kohl's/Cap One, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14696397 | * | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14696405 | * | Walmart CC/Syncb, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**                    **Email Address**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 60 |

Beth L. Slaby
    on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas
    on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Joint Debtor Barbara J. Phillips chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Lorraine Gazzara Doyle
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRU ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13