IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/14/23 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DOUGLAS A. PHILLIPS
BARBARA J. PHILLIPS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23784

Chapter 13

Document No.: 121

ORDER OF COURT

AND NOW, this ___14th___ day of ___February___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

ENTERED BY DEFAULT

BY THE COURT:

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23784-GLT |
| Douglas A. Phillips | Chapter 13 |
| Barbara J. Phillips | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas A. Phillips, 659 E. Beau Street, Washington, PA 15301-6653 |
| jdb | + | Barbara J. Phillips, 210 Maryland Avenue, Greensburg, PA 15601-3957 |
| cr | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| cr | + | U.S. Bank National Association, not in its individ, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14696371 | + | Chase Card Member Services, PO Box 1423, El Paso, TX 79948-1423 |
| 14696374 | + | Citi Card Member Services, PO Box 183113, Columbus, OH 43218-3113 |
| 14696375 | | Citi Diamond Card Member Services, PO Box 9001037, Louisville, KY 40290-1037 |
| 14696376 | + | Citi Simplicity Card Member Services, PO BOx 9001037, Louisville, KY 40290-1037 |
| 14696383 | | Dollar Bank, 340 Fourth Avenue, Jefferson, MA 01522-2000 |
| 14709090 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14696382 | + | Dollar Bank, Po Box 555, Pittsburgh, PA 15230-0555 |
| 14696384 | + | Dollar Bank Card Services, PO Box 765, Pittsburgh, PA 15230-0765 |
| 15209764 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14771661 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14771660 | + | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14696385 | + | Elliott Federal Credit Union, 920 N 4th St, Jeannette, PA 15644-1499 |
| 14696387 | | Emergency Care Pharmacy, PO Box 37716, Philadelphia, PA 19101-5016 |
| 14696406 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |
| 14696407 | + | Wells Fargo Financial Bank, PO Box 14453, Des Moines, IA 50306-3453 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 14 2023 23:59:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14696391 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 15 2023 00:00:00 | Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14696390 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 15 2023 00:00:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101 |
| 14699356 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 15 2023 00:00:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14696369 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:05:55 | Amazon/Syncb, PO Box 960013, Orlando, FL 32896-0013 |
| 14696370 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2023 23:59:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14736666 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 14 2023 23:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14696378 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2023 23:59:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |

Case 17-23784-GLT  Doc 128  Filed 02/16/23  Entered 02/17/23 00:27:45  Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 60 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14696377 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2023 23:59:00 | Citizens Bank, P. O. Box 42113, Providence, RI 20940-2113 |
| 14701316 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2023 23:59:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728921 | | Email/PDF: bncnotices@becket-lee.com | Feb 15 2023 00:06:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696373 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2023 00:06:12 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14756295 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2023 00:00:00 | Comenity Bank/Overstock, PO Box 183003, Columbus, OH 43218-3003 |
| 14696379 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:06:09 | Dick's Sporting Goods, c/o Synchrony Bank/ROS, PO BOx 530916, Atlanta, GA 30353-0916 |
| 14757416 | | Email/Text: G06041@att.com | Feb 15 2023 00:00:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14700971 | | Email/Text: mrdiscen@discover.com | Feb 14 2023 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14696380 | | Email/Text: mrdiscen@discover.com | Feb 14 2023 23:59:00 | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14696388 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 14 2023 23:59:00 | First Bankcard, c/o First National Bank of Omaha, PO Box 2340, Omaha, NE 68103 |
| 14704736 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 14 2023 23:59:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14696389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2023 00:06:12 | Home Depot Credit Service/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14696392 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:06:10 | JCP/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14696372 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2023 00:05:53 | Chase Slate Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696393 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2023 00:05:53 | JP Morgan Chase Bank, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14746712 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2023 00:05:53 | JPMorgan Chase Bank, NA, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14696394 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2023 23:59:00 | Kohl's/Cap One, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754981 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2023 00:05:58 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696396 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:05:38 | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15180568 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 14 2023 23:59:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14758537 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2023 00:05:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697110 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 15 2023 00:05:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696398 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:06:09 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14759449 | | Email/Text: bnc-quantum@quantum3group.com | Feb 15 2023 00:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 17-23784-GLT   Doc 128   Filed 02/16/23   Entered 02/17/23 00:27:45   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14696399 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:06:09 | Sam's Club MC / SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
| 14696400 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2023 00:06:12 | Sears/CBNA, PO BOx 9001055, Louisville, KY 40290-1055 |
| 14757445 | + | Email/Text: bncmail@w-legal.com | Feb 15 2023 00:00:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14696401 | | Email/Text: bncmail@w-legal.com | Feb 14 2023 23:59:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14696402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2023 00:05:40 | The Home Depot Credit Services, c/o CBNA/THD, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14696403 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:06:09 | Toys R US/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14696404 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 00:06:09 | Walmart CC/Syncb, PO Box 530927, Atlanta, GA 30353-0927 |
| 14731171 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 15 2023 00:05:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14761152 | | Email/PDF: bncnotices@becket-lee.com | Feb 15 2023 00:06:12 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696381 | * | Discover Financial Services, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14696386 | *+ | Elliott Federal Credit Union, 920 N 4th St, Jeannette, PA 15644-1499 |
| 14696395 | * | Kohl's/Cap One, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14696397 | * | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14696405 | * | Walmart CC/Syncb, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

Beth L. Slaby
    on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas
    on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Joint Debtor Barbara J. Phillips chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Douglas A. Phillips chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Lorraine Gazzara Doyle
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRU ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13